IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBRA LONDON,** <br>         **Plaintiff,** <br><br> v. <br><br> **NANCY A. BERRYHILL,** <br>         **Defendant.** | **CIVIL ACTION** <br><br><br><br> **NO. 16-6283** |

## O R D E R

**AND NOW**, this 27th day of April, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 17), Defendant's Response (ECF No. 18), Plaintiff's Reply (ECF No. 19), and the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**, and
2. Plaintiff's Request for Review is **DENIED**.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**

---

[1] Though the original defendant was Carolyn W. Colvin, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted as the Defendant in this case.